

10 East 40th Street, 46th Floor
New York, NY 10016
P 212.967.2879    F 646.349.2567

239 Mill Street, 2nd Floor
Greenwich, CT 06830
P 203.813.3110    F 203.813.3112

www.cohenlg.com

June 24, 2013

**VIA ECF**

Honorable David E. Peebles
United States District Court
Northern District of New York
100 S. Clinton Street, P.O. Box 7367
Syracuse, New York 13261-7367

    *Re:*    *33 Seminary LLC, et al. v. The City of Binghamton, et al.*
            **Index No. 3:11-cv-1300 (MAD)(DEP)**

Dear Judge Peebles:

On behalf of my firm and co-counsel Newman Ferrara LLP ("Attorneys"), I write to advise Your Honor of Attorneys' intention to file a motion to withdraw as counsel to the plaintiffs in the above-referenced matter. Attorneys have discussed the situation with Isaac Levin, the representative of the plaintiffs, by telephone, and have given him written notice of our intention to move to withdraw.

Accordingly, we respectfully request a 30-day adjournment of the telephonic status conference scheduled for tomorrow, June 25, 2013, at 3:00 pm. An adjournment of 30 days should provide Mr. Levin with sufficient time to retain substitute counsel.

Thank you for your time and consideration.

                Respectfully submitted,

                **COHEN LAW GROUP, P.C.**

                Brian S. Cohen

cc:    **VIA ECF**

        All Counsel of Record (By ECF)
        Mr. Isaac Levin (By Email and FedEx – Overnight Delivery)