

# HANCOCK ESTABROOK, LLP
COUNSELORS AT LAW

**Daniel B. Berman**
dberman@hancocklaw.com

August 26, 2014

**Via CM/ECF**
Hon. David E. Peebles
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

      **RE:** *33 Seminary LLC et al. v. The City of Binghamton, et al.*
           **3:11-cv-01300-MAD-DEP**

Dear Magistrate Judge Peebles:

    The Plaintiffs have requested that we consent to the extension of the discovery deadline to December 31, 2014, with the expert disclosure deadlines extended to November 24, 2014 for the Plaintiffs and December 17, 2014 for the Defendants. Plaintiffs' counsel has also requested that we communicate the Plaintiffs' request to the Court. Please consider this letter to be our consent to the Plaintiffs' request.

    Thank you for your consideration and patience.

                                Respectfully submitted,

                                HANCOCK ESTABROOK, LLP

                                Daniel B. Berman

cc: All Counsel of Record (*via CM/ECF*)